IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00988-REB-MJW

RONALD J. JANOUSHEK,

Petitioner,

v.

GARY WATKINS, et al.,

Respondents.

## ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

Before the court is the petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. The court has been advised by counsel for the Respondents that the original record is in the custody of the Clerk of the District Court of Adams County, Colorado. (Docket No. 15 at 2, Answer).

It is thus hereby **ORDERED** that on or before August 4, 2006, the Clerk of the District Court of Adams County, Colorado, shall provide to this court the original written record of Adams County Case No. 92CR1394, People v. Ronald J. Janoushek.

It is further **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the District Court of Adams County by facsimile to (303) 654-3216 and by regular mail to Adams County Justice Center, 1100 Judicial

2

Center Drive, Brighton, CO 80601.

Done this 28th day of July, 2006.

BY THE COURT:

*[signature]*
Michael J. Watanabe
United States Magistrate Judge

---

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2006, a copy of the foregoing document was served on the Clerk of the District Court of Adams County by facsimile to (303) 654-3216 and by regular mail to the Clerk of the District Court of Adams County, Adams County Justice Center, 1100 Judicial Center Drive, Brighton, CO 80601.

*[signature]*
Deputy Clerk