IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00988-REB-MJW

RONALD J. JANOUSHEK,

Petitioner,

v.

GARY WATKINS, et al.,

Respondents.

---

## ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

Before the court is the petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

It is hereby **ORDERED** that on or before August 16, 2006, the Clerk of the District Court of Adams County, Colorado, shall provide to this court a copy of Exhibits 35A and 35B in Adams County Case No. 92CR1394, People v. Ronald J. Janoushek, which are the audiotapes of the defendant's/petitioner's statement to the police.

It is further **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the District Court of Adams County by facsimile to (303) 654-3216 and by regular mail to Adams County Justice Center, 1100 Judicial

2

Center Drive, Brighton, CO 80601.

    Done this 11th day of August, 2006.

BY THE COURT:

*[signature]*

Michael J. Watanabe
United States Magistrate Judge

---

## CERTIFICATE OF SERVICE

    I hereby certify that on August 11, 2006, a copy of the foregoing document was served on the Clerk of the District Court of Adams County by facsimile to (303) 654-3216 and by regular mail to the Clerk of the District Court of Adams County, Adams County Justice Center, 1100 Judicial Center Drive, Brighton, CO 80601.

*Darlene E Noakes*
Deputy Clerk