# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 02-cv-00988-REB-MJW

RONALD J. JANOUSHEK,

    Applicant,

v.

GARY WATKINS, et. al.,

    Respondents.

## MINUTE ORDER[1]

    The matter comes before the court on the applicant's **Motion To Supplement with Exhibits** [#43] filed September 19, 2006, the **Applicant's Request For Judicial Notice of People v. Versteeg** [#47], filed December 13, 2006, and the applicant's motion for expedited review (in correspondence form) [#48], filed April 5, 2007. The three motions are **GRANTED**. The record is supplemented as requested. The court will take judicial notice of ***People v. Versteeg***, _P.3d_,2006 WL 309415 (Colo.App. Nov. 2, 2006). The court will address the applicant's objections, *see* [#41], to the report and recommendations of the Magistrate Judge, *see* [#38], in due course and as soon as practicable.

    Dated: July 10, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.