IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00988-REB-MJW

RONALD J. JANOUSHEK

      Applicant,

v.

GARY WATKINS, et al.,

      Respondents,

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Blackburn, Judge

      Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

      ORDERED that a certificate of appealability will not be issued.

      DATED at Denver, Colorado this 29th day of August, 2007.

                                BY THE COURT:

                                s/ Robert E. Blackburn

                                JUDGE, UNITED STATES DISTRICT COURT
                                FOR THE DISTRICT OF COLORADO