IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER,

DEC 17 2009

GREGORY C. LANGHAM
                    CLERK

CIVIL ACTION NO. 02-cv-00988-REB-MJW

Ronald J. Janoushek,

    Petitioner,

vs.

Gary Watkins, et al.,

    Respondent.

---

### ORDER RETURNING STATE COURT RECORD

---

On careful examination of the record, it appears that the disposition of the above captioned case is now final.

**THEREFORE, IT IS ORDERED** that the Clerk shall return the state court record.

Dated December 15, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

## CERTIFICATE OF SERVICE

I, hereby certify that I have mailed the Order Returning State Court Record to the following non C/M ECF participant on ___December 17, 2009.___

**Adams County District Court**
**1100 Judicial Center Dr.**
**Brighton, Colorado 80601**

                                          S/ Joseph O'Hara
                                          Joe O'Hara
                                          Deputy Clerk